UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 1:13-cv-01312-SEB-MJD |
| vs. | ) ) | |
| TIMOTHY EDWARD COOK, XYTOS, INC., ASIA EQUITIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation regarding Defendants' failure to appear. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation and orders the Clerk of the Court to enter default judgment against Defendants.

Date: 10/8/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ASIA EQUITIES, INC.
2015 West 96th Street
Indianapolis, IN 46260

XYTOS, INC.
2015 West 96th Street
Indianapolis, IN 46260

TIMOTHY EDWARD COOK
2015 West 96th Street
Indianapolis, IN 46260

John E. Birkenheier
SECURITIES AND EXCHANGE COMMISSION
birkenheierj@sec.gov

Eric M. Phillips
U.S. SECURITIES AND EXCHANGE COMMISSION - Chicago
phillipse@sec.gov

Nicholas J. Eichenseer
U.S. SECURITIES AND EXCHANGE COMMISSION - Chicago
eichenseerN@sec.gov